UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL PIAZZA, RAYLENE PIAZZA,<br><br>            Plaintiffs,<br><br>    v.<br><br>FCA US LLC,<br><br>            Defendant. | Case No. 1:21-cv-01153-JLT-HBK<br><br>VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41 (a)(1)(A)(ii)<br><br>(Doc. No. 9) |

Plaintiffs and Defendant filed a Joint Notice for Dismissal of Action with Prejudice on April 21, 2022. (Doc. No. 9). The Parties state they are dismissing this action *with prejudice*. (*Id*.) (emphasis added). In light of the stipulated dismissal, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). [1]

Accordingly, the Clerk of Court shall terminate all pending motions and deadlines and CLOSE this action to reflect the Parties stipulated dismissal pursuant to Rule 41(a)(1)(A)(ii).

Dated: ___April 22, 2022___

*(signature)*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] Although the Parties do not cite to any authority for the dismissal, the Court finds Federal Rule of Civil Procedure 41(a)(1)(A)(ii) permits parties as a right to stipulate to dismissal without court approval.